# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TOLANDA OSBY, *et al.,* individually, and on behalf of a class of others similarly situated,<br><br>         Plaintiffs,<br>  v.<br><br>CITIGROUP INC., *et al.,*<br><br>         Defendants. | Case No. 07-CV-6085/NKL |

**ORDER GRANTING MOTION TO APPROVE CERTAIN MODIFICATIONS
TO SETTLEMENT AGREEMENT FILED UNDER SEAL**

  The Court after having fully and carefully reviewed the Joint Motion for Approval of Certain Modifications to the Settlement Agreement (Doc. 131) the Court hereby finds, for the good cause shown, that the Settlement Agreement should be modified; the Court **ORDERS** that the proposed modifications to the Settlement Agreement are hereby **APPROVED** as fair and reasonable and finds that these modifications will result in a more accurate and timely settlement process that best protects the interest of those who elect to opt-in to this settlement.

  Accordingly, this case remains **DISMISSED WITH PREJUDICE**, with the Court retaining continuing jurisdiction for purposes of the (1) implementation of the settlement and any award or distribution of the settlement payments, (2) construction, enforcement, and administration of the Settlement Agreement, and (3) submission to the Court of consent to opt-in forms from those Participating Class Members who timely and properly elect to opt-in this litigation, in accordance with and subject to the terms of the Settlement Agreement.

  **IT IS SO ORDERED.**


  Date  October 1, 2009                s/ NANETTE LAUGHREY
                                    United States District Court Judge