# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

TOLANDA OSBY, *et al.*,  )
)
        Plaintiff,  )
)
v.  )  Case. No. 5:07-CV-06085-NKL
)
CITIGROUP INC., *et al.*  )
)
        Defendants.  )

## ORDER

After a confidential under seal review of the parties' Joint Motion for Approval to Suspend and Restart the Settlement Process ("the Joint Motion"), the Court ORDERS that:

The Joint Motion [Doc. # 135] is granted.

The settlement process is suspended and will be restarted, as set forth in the Joint Motion. In order to opt into this litigation and participate in the settlement described in the parties' Confidential Stipulation and Settlement Agreement, a potential class member must timely and correctly execute the opt-in agreement/release contained in the New Notice Materials, as set forth in the Joint Motion.

Any opt-in agreements/releases already sent to the parties' settlement administrator, or that may be sent in the future, other than those contained in the New

Notice Materials, are rescinded, invalid, and null and void, as set forth in the Joint Motion.

The parties shall report to the Court 10 days prior to the new deadline for potential class members to opt-in that all mistakes have been corrected and provide the Court with copies of the New Notice Materials that in fact were sent out along with an affidavit showing who was sent the New Notice Materials.

SO ORDERED this  21st  day of December, 2009

                                                    s/ Nanette K. Laughrey
                                                  Judge Nanette K. Laughrey